IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



FILED ___  ___ ENTERED
LOGGED ___  ✍ RECEIVED

AUG 1 6 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Robert C. Weddington #475385
1410 McMullen Hwy SW
Cumberland, Md 21502

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Auto Equity Loans Of Delaware
4701 Kirkwood Hwy
Wilmington, Delaware 19808

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:   ☑ Yes   ☐ No
             (check one)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert Clifford Weddington
Street Address: 14100 McMullen Hwy, SW
City and County: Cumberland, Allegany
State and Zip Code: Maryland, 21502
Telephone Number:
E-mail Address:

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Auto Equity Loans Of Delaware
Job or Title (if known):
Street Address: Kirkwood Hwy
City and County: Willmington
State and Zip Code: Delaware 19808
Telephone Number:
E-mail Address (if known):

Defendant No. 2

    Name _____
    Job or Title (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address (if known) _____

Defendant No. 3

    Name _____
    Job or Title (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address (if known) _____

Defendant No. 4

    Name _____
    Job or Title (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US Constitution Article XIV section 1
US Constitution Article VII

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Robert C. Weddings, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

        The defendant, *(name)* __AutoEquityLoansofR/A__ is incorporated under the laws of the State of *(name)* __Delaware__, and has its principal place of business in the State of *(name)* __Delaware__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__$80,000 or return of property__
_____
_____

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant Auto Equity Loans of Delaware unlawfully took possession of one 1999 Freightline XL FLD Vin # 1FUPDSZB8XDA71531 owned by Plaintiff (see) Civil Action No: 1:22-cv-2955-LKG, Defendants William E. Hilliard and David F Mauil contacted this company to take my truck, they did not have the authority to do this. Never the less Plaintiff gain knowledge that the truck he reported stolen was sent to this company Plaintiff wrote this company to see why they had taken his truck. If this company some how assumes plaintiff owes them money, Plaintiff paid cashiers check at Covington Truck sale in Tennessee. Plaintiff did not owe any money for this truck and any money Auto Equity Loans of Delaware claims plaintiff owes or may not owe them is Civil. Under the United States Constitution Article 14 this cant be done under Maryland law you can't do this. I'm sure the value of the truck is way more Plaintiff letter was never replied to. Auto Equity loans of Delaware never notified Plaintiff at the address on title that they had plaintiff truck nor have they switch the title from Plaintiff's name so you can only assume something illegal was done.

6

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff would like the return or replacement of his truck or paid $80,000 for the value of his truck, this truck could've been working to help with Plaitiff legal fees.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 31, 2023

Signature of Plaintiff: Robert C. Weddington
Printed Name of Plaintiff: Robert C. Weddington

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____